IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES L. HAAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:07-CV-0180-N |
| | § | |
| ARTHUR JAMES JUMPER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

By separate Order of this same date, the Court has granted the defendants' motion for summary judgment. Accordingly, it is ordered that the plaintiff take nothing by his claims against the defendants and that those claims are dismissed with prejudice. Court costs are taxed against the plaintiff. All relief not expressly granted is denied. This is a final judgment.

Signed December 3, 2007.

David C. Godbey
United States District Judge